UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| *D. J., a minor by Raven Patrick, his duly appointed Next Friend, and RAVEN PATRICK, Individually,* <br><br> Plaintiffs, <br><br> v. <br><br> *SAINT LOUIS UNIVERSITY, SSM HEALTH CARE ST. LOUIS and UNITED STATES OF AMERICA,* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Cause No. 4:14-cv-00135-HEA |

## **STIPULATION FOR DISMISSAL**

Come now Plaintiffs, D.J., a minor by Raven Patrick, his duly appointed Next Friend, and Raven Patrick, individually, and pursuant to the settlement of this cause, hereby dismiss with prejudice this action and all claims against SSM Health Care St. Louis and Saint Louis University.

Each party to bear their respective court costs, said costs having been fully satisfied.

By: /s/ Myron S. Zwibelman

Myron S. Zwibelman
Walther/Zwibelman Law Associates
230 S. Bemiston Ave., Ste. 1401
St. Louis, MO  63105
*Attorneys for Plaintiffs*
mzwib@wzlawassociates.com

## Certificate of Service

I hereby certify that on __12__ day of __Nov__, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Todd Nissenholtz
Cofman & Townsley, P.C.
200 South Hanley Road, Suite 1070
St. Louis, MO  63105
tn@cofmantownsley.com
*Attorneys for Plaintiffs*

Kenneth W. Bean, 28249MO
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
kbean@sandbergphoenix.com
*Attorneys for Defendant*
*SSM Health Care St. Louis and*
*Saint Louis University*

Steven L. Luther
Assistant U.S. Attorney
Thomas F. Eagleton U.S. Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO  63102
Steven.Luther@usdoj.gov
*Attorneys for Defendant, United States of America*

/s/ [signature]